537 U.S. 950
 RILEY, AS TRUSTEE OF, AND PARTICIPANT IN, THE PERFORMANCE TOYOTA, INC. 401(K) PROFIT SHARING PLAN, ET AL.
v.
MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL.
 No. 02-378.
 Supreme Court of United States.
 October 15, 2002.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT.
 
 
 2
 C. A. 11th Cir. Certiorari denied. Reported below: 292 F. 3d 1334.